**07CRIM 536**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | MISCELLANEOUS CLERK<br>U.S. District Judge | OFFENSE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AT LEAST ONE KILOGRAM OF HEROIN AND AT LEAST 500 GRAMS OF COCAINE, 21 USC 846 |
| | | ORIGINAL SENTENCE: 72 MONTHS IMPRISONMENT, 5 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT |
| FROM: | ELIZABETH WARD-CUPRILL<br>U.S. Probation Officer | SPEC. CONDITIONS: THE DEFENDANT SHALL PARTICIPATE IN AN APPROVED PROGRAM FOR MENTAL HEALTH/SUBSTANCE ABUSE, AS DIRECTED BY THE US PROBATION OFFICE, AND ABIE BY ALL SUPPLEMENTAL CONDITIONS OF TREATMENT. THE DEFENDANT SHALL MAINTAIN FULL-TIME, LEGITIMATE EMPLOYMENT AND NOT BE UNEMPLOYED FOR A TERM OF MORE THAN 30 DAYS, UNLESS EXCUSED IN WRITING BY THE U.S. PROBATION OFFICER. FURTHER THE DEFENDANT SHALL PROVIDE DOCUMENTATION, INCLUDING BUT NOT LIMITED TO, PAY STUBS, CONTRACTUAL AGREEMENTS, W-2 WAGE AND EARNINGS STATEMENTS, AND ANY OTHER DOCUMENTS REQUESTED BY THE U.S. PROBATION OFFICE. |
| | | AUSA: ROGER POWELL |

*[Stamp: JUN 1 5 2007]*

RE:     MARISOL PEREZ
         Docket # 02 - CR- 60048

DATE OF SENTENCE: DECEMBER 6, 2002

DATE:   June 3, 2007

ATTACHMENTS:   PSI X    JUDGMENT X    PREVIOUS REPORTS
                        VIOLATION   PETITION

REQUEST FOR:    WARRANT____   SUMMONS____   COURT DIRECTION  X

**TRANSFER OF JURISDICTION**

On December 6, 2002, the above-named individual was sentenced in the Southern District of Florida as outlined above.

Perez resides in the Southern District of New York and is being supervised by the undersigned U.S. Probation Officer.

On February 20, 2007, we received a letter from the Southern District of Florida advising that the Honorable William J Zoch, U.S. District Court Judge for the Southern District of Florida, signed the Transfer of Jurisdiction Order (Probation Form 22) ordering the jurisdiction be transferred to the Southern District of New York.

Attached is Probation Form 22 for the Part I Judge to sign so that the Clerk of Court may assign this case to a District Judge in the Southern District of New York.

Your assistance in this matter is greatly appreciated. Should you have any question, please feel free to contact the undersigned officer at (212) 805-5069.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Elizabeth Ward-Cuprill*
Elizabeth Ward-Cuprill
U.S. Probation Officer
212-805-5069

Approved By: _____ SUSPO  6/8/07